**Motion GRANTED and Order filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00136-CV
_____

## IN RE CHRISTOPHER J. RUSSO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-24818**

---

## ORDER

On February 21, 2018, relator Christopher J. Russo, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Caroline Baker, Judge of the 295th District Court, in Harris County, Texas, to set aside her order dated February 12, 2018, entered in trial court number 2016-24818, styled *Superior Energy Services, Inc., et al. v. Christopher J. Russo, et al.* Relator claims

respondent abused her discretion by granting the motion to compel the production of documents because the act of producing the subject documents violates his Fifth Amendment right against self-incrimination.

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On February 21, 2018, relator asked this court to stay the February 12, 2018 order pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the February 12, 2018 order entered in trial court cause number 2016-24818, *Superior Energy Services, Inc., et al. v. Christopher J. Russo, et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties in interest, to file a response to the petition for writ of mandamus on or before March 5, 2018**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.